UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH VOLFMAN,

         Plaintiff,

-against-

SADA THREE LLC d/b/a EMPELLON AL PASTOR, et al.,

         Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2022
```

22-CV-08878 (PAE) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff Joseph Volfman filed his Complaint on October 18, 2022, (Dkt. 1), and on November 4, 2022, served, via the Secretary of State of the State of New York, defendants 132 St. Marks Place, LLC and Sada Three LLC d/b/a Empellon Al Pastor, making defendants' answer due November 25, 2022. (Dkts. 9-10.) No answer has been filed, nor has plaintiff requested a certificate of default.

    It is hereby ORDERED that, if defendants have not answered or otherwise responded to the complaint before **December 23, 2022**, plaintiff shall, on that date, either file a stipulation granting defendants additional time or apply for entry of default.

    It is further ORDERED that plaintiff shall serve a copy of this order by mail on defendants at the address of the subject premises.

Dated: New York, New York
       December 12, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**